IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER FARR, *Individually and on Behalf of the Estate of Timothy John Farr, Deceased*, | : Civil No. 4:18-CV-00706 :  : : |
| Plaintiff, | : : |
| v. | : Judge Jennifer P. Wilson : |
| NORTHRUP QUARRY, *et al.*, | : : |
| Defendants. | : Magistrate Judge William I. Arbuckle |

**ORDER**

**AND NOW**, on this 30th day of November, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The report and recommendation issued by United States Magistrate Judge William I. Arbuckle (Doc. 119) is **ADOPTED IN PART AND REJECTED IN PART**.

2. Plaintiff's objections to the report and recommendation (Doc. 133) are **SUSTAINED IN PART AND OVERRULED IN PART**.

3. The motion for summary judgment filed by Defendant Jan God (Doc. 69) is **DENIED**.

4. The motion to withdraw as counsel for Defendant Jan God filed by Attorney Frederick C. Luther (Doc. 57) is **GRANTED**.

5. This case is recommitted to Judge Arbuckle for further proceedings consistent with this order.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania