UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER FARR, *individually and as Administrator of the Estate of TIMOTHY JOHN FARR* <br> Plaintiff <br><br> v. <br><br> NORTHRUP QUARRY, *et al.,* <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 4:18-CV-706 <br><br> (WILSON, D.J.) <br><br> (ARBUCKLE, M.J.) |

ORDER
*Motion to Withdraw as Attorney for Jack Tuttle Doc. 105*

AND NOW, for the reasons stated in the accompanying memorandum, it is

ORDERED that:

1. Attorney Frederick Luther's Motion to Withdraw as Attorney for Defendant Jack Tuttle (Doc. 105) is GRANTED;

2. The Clerk is DIRECTED to terminate Attorney Luther as to Defendant Jack Tuttle only;

3. Given the unusual circumstances discussed herein, if Defendant Jack Tuttle does not agree with the pending Motion for Leave to File Amended Answer and Affirmative Defenses (Doc. 148) that Attorney Luther filed on his behalf, he may, **within sixty (60) days or no later than April 12, 2021**, inform the Court that he does not adopt it or file his own motion to amend his answer. If he does nothing, the Court will presume that he concurs in the current Motion to Amend (Doc. 148);

4. Attorney Luther is DIRECTED to provide Defendant Jack Tuttle with copies of all pleadings in this case, this Order, and any other papers to which Defendant Jack Tuttle is entitled under the Pennsylvania Rule of Professional Conduct 1.16(d);

5.     Attorney Luther is DIRECTED to provide the parties and the Court with Defendant Jack Tuttle's last known contact information, including address and telephone number; and

6.     Defendant Jack Tuttle is encouraged to seek new representation. He may request a stay while he seeks such counsel.

Date: February 9, 2021            BY THE COURT

                                       *s/William I. Arbuckle*
                                       William I. Arbuckle
                                       U.S. Magistrate Judge